UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-36457 |
| Anthony Meeks | ) | |
| Steffanie Meeks | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## Order Dismissing Case for Ineligibility

This matter coming on the chapter 13 trustee's motion to dismiss, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the above-caption case is dismissed pursuant to 11 U.S.C. section 109(e).

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 31, 2020

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532